[No. 11920–0–II.   Division Two.   March 2, 1990.]

THE PROTECTION AND ADVOCACY AGENCY, ET AL, *Respondents*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–01411–7, Paula Casey, J., entered March 17, 1988. *Dismissed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 12252–9–II.   Division Two.   March 2, 1990.]

SOLIE CONSTRUCTION COMPANY, INC., *Appellant,* v. TACOMA SHEET METAL, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88–2–00109–1, James I. Maddock, J., entered September 1, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 23844–2–I.   Division One.   March 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS HOWARD SCHANTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–02436–3, Frank L. Sullivan, J., entered March 29, 1989. *Reversed* by unpublished per curiam opinion.